AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4217 FOURTH STREET S.E.
APARTMENT # 3
WASHINGTON, D.C.

**SEARCH WARRANT**

CASE NUMBER:

07-230-M-01

TO: __Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that
(name, description and or location)

    The premises located at 4217 Fourth Street SE, Apartment #3 Washington D.C; described as a brick multi-family dwelling located in the second court, in the 4200 block of Fourth Street, SE. Building 4217 is the first building on the right as you enter the court from Fourth Street, SE. The numerals "4217" are posted upon the front entrance of the apartment building itself with white colored numbers affixed to a brown placard. The number "3" is posted on the door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

    See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____MAY 31 2007_____
                                                                      (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____MAY 21 2007 9:57_____ at Washington, D.C.
Date and Time Issued

Alan Kay, United States Magistrate Judge      [signature]
Name and Title of Judicial Officer                               Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| MAY 21 2007 | MAY 31 2007 1927 HRS | |

INVENTORY MADE IN THE PRESENCE OF
LT MURPHY SGT CHAGNON OFC ANDER, CRAIG, CHOMBLEY, SHTN. CHOMBLEY

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

NOTHING RECOVERED

**FILED**
JUN 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x [signature]

Subscribed, sworn to, and returned before me this date.

[signature] Job M. Facala
U.S. Judge or U.S. Magistrate Judge    06/08/07
                                        Date

# ATTACHMENT A

(a)   Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of controlled substances.

(b)   Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers including computerized or electronic address and/or telephone records.

(c)   Books, records, receipts, bank statements and records money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and expenditures of money.

(d)   Proceeds of narcotics violations including United States currency, precious metals, jewelry and financial instruments, including but not limited to, stocks and bonds.

(e)   Photographs, in particular, photographs of co-conspirators, of assets, of weapons, and/or of controlled substances, and other documents identifying associates and co-conspirators.

(f)   Indicia of occupancy, residence and/or ownership of the premises, including but not limited to, utility and telephone bills, canceled envelopes and keys.

(g)   Indicia of travel, including, but not limited to, passport, visas, airline tickets, boarding passes, and airline receipts.

(h)   Any and all devices used to store and count money such as safes: combinations or lock type, and money counting machines.

(i)   Indicia of drug trafficking, including, but not limited to, scales, cutting agents, cutting tools, drug paraphernalia for processing and packaging and/or distributing controlled substances.

(j)   Any and all electronic data processing and storage devices or other electronic equipment, such as computers, computer systems, keyboards, central processing units, external and/or internal drives, external and internal storage devices such as magnetic tapes and/or disks or diskettes, together with system documentation, operating logs and documentation, software and instruction manuals, passwords, test keys, and encryption codes or similar codes that are necessary to access computer programs, facsimile machines, telephone answering machines, telephone paging devices, caller identification, organizers, currency counting machines, and any other information stored in memory or contained in any related hardware and software.

(k)   Any evidence of participation in narcotics conspiracy.

(l)   Any evidence related to possession of weapons and/or firearms, including but not limited to revolvers, semi-automatic pistols, rifles, and ammunition.

(m)   United States currency, precious metals, jewelery and financial instruments, stocks and bonds.

(n)   Cellular telephones, pagers and records and receipts reflecting their ownership and use.

(o)   Any locked or closed containers believed to contain any of the above listed evidence.